

**PRAIRIE VILLAGE OF LAPORTE CITY ASSOCIATES, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 05–5085.

United States Court of Appeals, Federal Circuit.

May 5, 2005.

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**PRAIRIE VILLAGE OF HUXLEY ASSOCIATES, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 05–5084.

United States Court of Appeals, Federal Circuit.

May 5, 2005.

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

1. We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.

1. We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.